UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TONY CLAY BROWN               ]
     Plaintiff,                ]
                               ]
v.                             ]     No. 3:08-0026
                               ]     Judge Campbell
METRO GOVERNMENT               ]
     Defendant.                ]

M E M O R A N D U M

The plaintiff, proceeding *pro se*, is a resident of Antioch, Tennessee.[1] He brings this action pursuant to 42 U.S.C. § 1983 against the Metropolitan Government of Nashville and Davidson County, seeking injunctive relief and damages.

The plaintiff claims that he was wrongly arrested for some robberies that he did not commit. He further alleges that he was forced to remain in custody for nineteen months before he was finally exonerated and released.

A claim under § 1983 against a municipality requires a showing that the misconduct complained of came about pursuant to a policy, statement, regulation, decision or custom promulgated by said municipal defendant. Monell v. New York City Department of Social

---

[1] At the time this action was filed, the plaintiff was an inmate at the Offender Re-Entry Center in Nashville. *See* Docket Entry No.3, Fn. No.1. It now appears, though, that the plaintiff has been released from custody. Because the plaintiff was a prisoner at the time of filing, a frivolity review of his complaint (Docket Entry No.1) is appropriate.

Services, 98 S.Ct. 2018 (1978). Thus, for the Metropolitan Government of Nashville and Davidson County to be liable under § 1983, there must be a direct causal link between an official policy or custom and the alleged constitutional violation. City of Canton v. Harris, 109 S.Ct. 1197 (1989).

The plaintiff has offered nothing to suggest that his rights were violated pursuant to a policy or regulation of the Metro Government. Consequently, the plaintiff has failed to state a claim against the defendant upon which relief can be granted. In the absence of an actionable claim, the Court is obliged to dismiss the complaint *sua sponte*. 28 U.S.C. § 1915A.

An appropriate order will be entered.

Todd Campbell
United States District Judge