UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TONY CLAY BROWN             ]
    Plaintiff,            ]
                            ]
v.                          ]       No. 3:08-0026
                            ]       Judge Campbell
METRO GOVERNMENT            ]
    Defendant.            ]

O R D E R

The Court has before it a *pro se* civil rights complaint (Docket Entry No.1). In accordance with the Memorandum contemporaneously entered, the Court finds that the complaint fails to state a claim upon which relief can be granted. Therefore, this action is hereby DISMISSED. 28 U.S.C. § 1915A.

An appeal of the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446 (1962). Accordingly, the plaintiff is NOT certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

It is so ORDERED.

                                                              Todd Campbell
                                                            United States District Judge